UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-08239-DMG (DFM) | Date: | April 20, 2021 |
|---|---|---|---|
| Title | Veronica De Havalin v. M. Mete | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On September 4, 2020, Plaintiff, a prisoner at California Men's Colony, submitted to this Court a civil rights complaint and a request to proceed without prepayment of filing fees. See Dkts. 1, 2. On November 13, the Court stated that it had screened the complaint and was prepared to order service. See Dkt. 7. However, it was not clear whether Plaintiff understood that she would have to pay the filing fee. See id. The Court ordered her to advise the Court whether she wished to proceed. See id. On November 25, she advised that she did wish to proceed even if it meant that she would have to pay the filing fee. See Dkt. 8. On the same day, she informed the Court that she wished to add two new defendants to this case. See Dkt. 9.

On December 11, the Court granted her request to proceed without prepayment of filing fees and ordered her to file an amended complaint including her claims against the two new defendants. See Dkt. 10. Plaintiff requested an extension of time, see Dkt. 11, which the Court granted on February 17, 2021, see Dkt. 12. The Court ordered her to file an amended complaint within twenty-eight (28) days of that date. See id. That deadline expired on March 17, 2021. Plaintiff has not filed an amended complaint.

Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to do one of the following: (1) show good cause in writing why the Court should not dismiss this action for failure to prosecute, (2) file an amended complaint, or (3) request that the Court order service of the originally filed complaint. Plaintiff is warned that if she fails to file a timely response to this order, the Court may recommend dismissal of this case for lack of prosecution.