UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | CV 20-08239-DMG (DFM) | Date: | August 1, 2022 |
|---|---|---|---|
| Title | Veronica De Havalin v. M. Mete | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff: | | Attorney(s) for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order re: Plaintiff's Notice of Election (Dkt. 40)

On July 8, 2022, the Court dismissed Plaintiff's First Amended Complaint with leave to amend. See Dkt. 39 at 2. The Court ordered Plaintiff to take one of three actions in response to certain pleading deficiencies that the Court identified. See id. at 8-9.

On July 15, 2022, Plaintiff filed a Notice of Election. See Dkt. 40. She elects to "voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) . . . without prejudice." Id. at 1.

Plaintiff has an absolute right to dismiss her action if her notice of dismissal is filed before Defendant files an answer or motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A). Here, Defendant has not filed either. This action is accordingly DISMISSED is without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).